Exhibit A to the Complaint

**Location:** Charlotte, NC
**Total Works Infringed:** 155
**IP Address:** 75.181.53.198
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: C66C68567B410A9898F2F6EF8AB001B4C1D3C212<br>File Hash:<br>281B4A3DEA06D447CEB4A72C07D4655F60123C065059DF7CB9509D58023EEF91 | 04-24-2023 21:30:01 | Vixen | 04-21-2023 | 05-15-2023 | PA0002411310 |
| 2 | Info Hash: 0DBF25B7D2F0F81C72BE1B7419AD7F72BC27BFC1<br>File Hash:<br>EE2171AFEF9CCACB672C580C5E6B64ABF837EB6811EDC93432D9F28620FFD7FB | 04-24-2023 20:01:40 | Blacked Raw | 04-19-2023 | 05-14-2023 | PA0002411264 |
| 3 | Info Hash: 2D43246E337D836FBDA1D3C9D1B574B067658953<br>File Hash:<br>982099D4D8CBB068D78FEE4FF47B9E350092FA563CED821BDC86E6B2D8A893CC | 04-24-2023 20:00:01 | Blacked | 04-15-2023 | 05-15-2023 | PA0002411295 |
| 4 | Info Hash: 80D6173BD1625EE21DF3A4F238AD2588B2D42294<br>File Hash:<br>C0EEE674D5364FC0E15B648596549BEFAE1BD573DC5FF852351AE504420B7507 | 04-16-2023 21:01:53 | Blacked Raw | 04-09-2023 | 05-14-2023 | PA0002411278 |
| 5 | Info Hash: 25911261133636DA5E9A2ED2D08B5C41D3077C29<br>File Hash:<br>15AEA451ADB45F4921FA0C5E6B9EDCFCA1267A16CA238F80FD4D7B0949AB8781 | 04-16-2023 20:43:05 | Blacked Raw | 04-14-2023 | 05-14-2023 | PA0002411257 |
| 6 | Info Hash: B232F6C7054DB73F98230AB71EB6F8400C033F12<br>File Hash:<br>0AD2FAA4067988D387E1CBB4B6D83B23EDA576C75318C127D1912B3CD66A2CBE | 03-26-2023 23:31:39 | Blacked Raw | 03-20-2023 | 04-07-2023 | PA0002405757 |
| 7 | Info Hash: 1126FFDAB039432CE55D786402084CFC474E693A<br>File Hash:<br>484294E18E4ECD4CFBCF3EB7DC53E14D11C9025DD5368C3AE34798BF6FB40146 | 03-13-2023 20:33:58 | Blacked Raw | 03-10-2023 | 04-07-2023 | PA0002405760 |
| 8 | Info Hash: 74E11E3524B76B6E37D22F1200AFE49C2CB3CDFE<br>File Hash:<br>7585140E235E96F4BD705D67A00B86454206B422718DDDB2D673F9CEC873639B | 03-12-2023 22:04:50 | Blacked | 03-04-2023 | 04-07-2023 | PA0002405754 |
| 9 | Info Hash: E1DC17F1E6B165394C514C08B55A305613F4AAE6<br>File Hash:<br>FB14B0202BB679BDE513466782E98A1BE16635DF06633F94D5D6390605FA2618 | 02-28-2023 21:24:44 | Blacked Raw | 02-23-2023 | 03-06-2023 | PA0002399998 |
| 10 | Info Hash: 17CD54EEA48C6A552071459696C47C2EFBF473D6<br>File Hash:<br>6609883C329B060FE39E7A685371F8BD0D01CE0060C6228DF52B99FA4D7B26A3 | 02-28-2023 20:55:18 | Blacked | 02-25-2023 | 03-07-2023 | PA0002400308 |
| 11 | Info Hash: 730A6EA4A7D87CE6E07211AA603BE315398D8CE0<br>File Hash:<br>AF90D0410BE0B3B19A1FCB3C24AFCC3391678DC550809C3F18BED1E2405197AB | 02-28-2023 20:43:02 | Blacked Raw | 02-18-2023 | 03-06-2023 | PA0002399995 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: EF594B74C2AABCDECD370925D345C24AF632DDF3<br>File Hash: F627E6763002FE8DFDC5D97D64B436BF155E8DF3437FC7ED728D3B1FD9F02181 | 02-27-2023 20:48:50 | Vixen | 02-24-2023 | 03-07-2023 | PA0002400307 |
| 13 | Info Hash: F46DB0DE9C9F81A72AC87B1EDCA6A37B1C05F0B1<br>File Hash: 1229E2C78A5A8DD79F546B00E2509BA389BBD0C55EB209BD803D0E1F2C9FFADA | 02-11-2023 01:23:55 | Blacked Raw | 02-03-2023 | 03-08-2023 | PA0002400564 |
| 14 | Info Hash: C9A72732FEBB74733EDD151CF3780EDFA51B8C5D<br>File Hash: 93FE1B666F40C7895FB80CCEC3129FEBE83633485400CACA1819FDD8C0F48FD9 | 02-08-2023 21:11:08 | Blacked | 02-04-2023 | 03-07-2023 | PA0002400314 |
| 15 | Info Hash: E39F895D4E58E9EA65935691E4A56CFB734D2130<br>File Hash: 373DA38A6EE57F5FE551626B91C3993D8C1B3FE6537F8F531778AFFFFB969F96 | 02-07-2023 12:23:56 | Vixen | 02-03-2023 | 03-07-2023 | PA0002400312 |
| 16 | Info Hash: 8DF915DE3BC8A61DA56A2DCA7B5482E894DBBB97<br>File Hash: 32219F29883C4368A3AFDFAFE38FFFD5F0DDFED228FD6C741DA9B34DEF35C632 | 01-30-2023 12:43:51 | Blacked | 01-28-2023 | 03-07-2023 | PA0002400316 |
| 17 | Info Hash: 63CD460C2E1EB0A247A54F5E7519567CFB0FA018<br>File Hash: FE5E598CB30E45DDDF1893D6DCF026ABA2F8A073587C5B338B49D3E08BAD8A50 | 01-30-2023 10:56:53 | Blacked Raw | 01-24-2023 | 01-27-2023 | PA0002393074 |
| 18 | Info Hash: 81962C73668245D74F4D08BC5B7242357C0951A6<br>File Hash: 5D1D446F7FA0D8F334EB22D33BC100580197B327859F14448E0EEA41230C7FBF | 01-23-2023 14:06:39 | Blacked | 01-21-2023 | 01-27-2023 | PA0002393070 |
| 19 | Info Hash: 629DF02CDAC1EC602F343FDCC55EDF3C6307B281<br>File Hash: 04F8AED78A39739C543E3B91EBEFC20E9C8DDADCCDFC1570EEB89F305CA88C54 | 01-23-2023 13:09:05 | Blacked Raw | 01-19-2023 | 01-27-2023 | PA0002393081 |
| 20 | Info Hash: 0DA52CD859D8BFB4CE9AEFB0241F8897218FC9BF<br>File Hash: 3106FD3607D7FDFB170BF5EB5D3C039FAF5AB57C47C0133C5154E2B5AF1D8B62 | 01-16-2023 17:18:10 | Blacked Raw | 01-14-2023 | 01-27-2023 | PA0002393084 |
| 21 | Info Hash: C587D7D844493811E67C3945D6E504448A44CB6D<br>File Hash: 7B714CAD15B786523D93C122093E98271320F0BCEAB417C3CA9711C2300F1AB3 | 01-15-2023 21:11:39 | Blacked Raw | 01-09-2023 | 01-27-2023 | PA0002393075 |
| 22 | Info Hash: 6F7FEDC828C32D0331A56BC4D128FA8C0D35CA84<br>File Hash: 8AB6544AB5A6CF659AB4251D5E067C2303DBD0E385C788FD5E496C6D5C0E3545 | 01-08-2023 20:59:58 | Blacked Raw | 01-04-2023 | 01-10-2023 | PA0002389594 |
| 23 | Info Hash: FEFB17CD157D5637C50AE1709D3D182D40A90263<br>File Hash: F9076A40DEE60606FCC11FED18EA3CFA04D33EAAFB5B722E0E2310DD9DF9817D | 01-03-2023 12:09:53 | Blacked | 12-31-2022 | 01-10-2023 | PA0002389580 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: B22A7C436E58C0FFA78DF7DFF1FC7CB5B00AAEBB<br>File Hash:<br>B22858E0F5E12664E5B713F908BA3A2F90D228F6795CB87A93F54407DD7158E2 | 01-03-2023 04:57:12 | Blacked Raw | 12-30-2022 | 01-09-2023 | PA0002389573 |
| 25 | Info Hash: 0DC06A02C9D5FAFD0F5688B1EBBE9D6BAE67F396<br>File Hash:<br>AB57887079F832249B65BB3CAFB17AC59DFCF340B290DBE6397D6AB1BD28C462 | 12-18-2022 22:03:04 | Blacked Raw | 12-15-2022 | 02-21-2023 | PA0002400999 |
| 26 | Info Hash: 473448C92FD43D93FCCEFD14D44C8937B0D21C5F<br>File Hash:<br>DCA886628A815F28ABCDCBEB55A6AE986BB0CDFE45C226DD6CE2B9D014FD6F48 | 12-15-2022 10:51:14 | Tushy | 12-11-2022 | 01-10-2023 | PA0002389623 |
| 27 | Info Hash: F3D34F4C66183E54E474DD8012E2D509EAA8C440<br>File Hash:<br>B3F0C603770F627354B8066FB5919475726B9FE55D6C61C132950B9780E89024 | 12-14-2022 20:34:13 | Blacked Raw | 08-05-2019 | 08-27-2019 | PA0002213302 |
| 28 | Info Hash: A9529D5E514B171583C00DA79D5DEF1A31EF66AF<br>File Hash:<br>902FB516B52EBA213B6552E0FDF3489BD6A87B6D616732BA153A60FDF7337989 | 12-12-2022 17:21:52 | Blacked | 12-10-2022 | 01-10-2023 | PA0002389588 |
| 29 | Info Hash: 2D42055181038F36B661B01848EF6CF8A28EAA23<br>File Hash:<br>045317AD4FD00A7A5645605910781548B559AB18C5861778A3DB0EEC94207C3F | 12-09-2022 16:45:57 | Blacked Raw | 12-05-2022 | 01-10-2023 | PA0002389624 |
| 30 | Info Hash: 2A04AEF1192B0D339DF40E154B86A51DA08ADE6E<br>File Hash:<br>1A252626FABFFC3A18CB63BB41750033948F9719B206F8F914037A2DC110104A | 12-09-2022 14:09:19 | Blacked Raw | 11-30-2022 | 01-10-2023 | PA0002389625 |
| 31 | Info Hash: D70B641B33E30BCED7E47CC2E730012E20C36C06<br>File Hash:<br>5BA409A3CAB83E625CF54404B0792AAE034DCDAE89FF5B310B15797BA71D2631 | 12-07-2022 00:05:22 | Tushy | 12-04-2022 | 01-10-2023 | PA0002389591 |
| 32 | Info Hash: F40926CD454C2FA1BA80F98FF72792BFAC73B4DE<br>File Hash:<br>A62BEA838E5EB94261ADF283422A0BA02F34D9250E11DAE00E8F97D221E41DBA | 12-06-2022 23:41:50 | Blacked | 12-03-2022 | 01-10-2023 | PA0002389627 |
| 33 | Info Hash: 28EDF2C62BADD8B3118351281610A387E51675A4<br>File Hash:<br>9E0B763F054683E00B053153692896D4087A9C22C2D32CF3E0D45C47940A3A3A | 12-01-2022 13:02:41 | Blacked | 11-26-2022 | 12-11-2022 | PA0002384739 |
| 34 | Info Hash: DF53778C7A3AEE59B67DAEB1EECE861118658A5F<br>File Hash:<br>9F7ABE255300D0E02550A722BCD6E463FE4E743075709D1EC78803DC84F3AE06 | 12-01-2022 13:00:14 | Blacked | 10-29-2022 | 01-06-2023 | PA0002394016 |
| 35 | Info Hash: 5D3CD90A21CF1BA66183CA47D9CA49B30D3C19CA<br>File Hash:<br>2A130AF905000D7A6F4CBA401FD8B2412987D1B184DC4D643B1E1DE3007EB952 | 11-29-2022 04:09:09 | Blacked Raw | 11-25-2022 | 12-11-2022 | PA0002384771 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 43EED9CE8E5D6617A4583D8D2CBFC70C077744CD<br>File Hash: 575ABAA65CDDDCEB4338CA4315340EB9779E202370B4B726C38F5AB8924F3233 | 11-18-2022 04:09:09 | Blacked Raw | 11-15-2022 | 12-11-2022 | PA0002384724 |
| 37 | Info Hash: DD6582F97DEDFA074D227FD4169F9ABFF71C9F9B<br>File Hash: 3498792D84F9BC2B5CD08B4AEED92B6443D04C6BFA67050613EA9F2F11C2FE64 | 11-15-2022 11:57:36 | Blacked | 11-12-2022 | 12-11-2022 | PA0002384761 |
| 38 | Info Hash: F88C73EDBD5369156CF6618EDE7CCEE2E9362A4A<br>File Hash: 7C6FB1FA98748FBF3EB6975B30203629C5F9DB3D0240D67EBB7A2F68EE1814E4 | 11-13-2022 22:23:21 | Blacked | 11-05-2022 | 12-11-2022 | PA0002384720 |
| 39 | Info Hash: A0827A76038ADBCA262079E7141C2F1DA890468D<br>File Hash: 8057638209897A8D97A5DB52B48A4AEB05D2C5E6A938A419B3EB73EB0C3EE9B5 | 11-13-2022 22:10:04 | Blacked Raw | 11-10-2022 | 01-27-2023 | PA0002393082 |
| 40 | Info Hash: 7439F6C3D8B4655E9B53F9D31F567932DF4ED637<br>File Hash: 8B34A9E14931BBDDCD25E30FBF9B5DE23BD296788138AC9D03C05C1E62091DC4 | 11-13-2022 21:59:09 | Blacked Raw | 11-05-2022 | 12-11-2022 | PA0002384735 |
| 41 | Info Hash: 7DFD7054EC044D7382229CAC29482FF09B4A78B4<br>File Hash: BCDD15907FDBD565AE5238658FBD2C07E950E8AEA04D6FB530B337FD59252F27 | 11-06-2022 14:46:45 | Blacked Raw | 10-31-2022 | 12-11-2022 | PA0002384770 |
| 42 | Info Hash: 15A55EBB3FD06FE9F9067812A0D0168440813B70<br>File Hash: 4AAF11148C0E2CDFA98BABEEC2740D453CACED2CE62079EAE8D18A0C5E2E4BD7 | 11-01-2022 19:15:53 | Blacked Raw | 10-21-2022 | 10-31-2022 | PA0002377818 |
| 43 | Info Hash: 192472959510175286E0731FB04278020BC47133<br>File Hash: 0D6C6DE0F0C98545FBB3518F4880958D6F4B1877FB60D6AF0F9A11F223EB2BDD | 10-26-2022 21:20:36 | Blacked | 10-22-2022 | 10-31-2022 | PA0002377820 |
| 44 | Info Hash: DFC677B3BCF37A7E55404E3E5731941D2359FFB0<br>File Hash: 5F25B590AD4112FF595A46ACD69C7C25FA4627AEE952A25AB8DFE68590703A31 | 10-24-2022 00:29:02 | Blacked | 10-15-2022 | 11-01-2022 | PA0002378073 |
| 45 | Info Hash: 81F168AE4D617B492ABE43FD31EB38D8A5B5BCA5<br>File Hash: B51FACD2FC56DAE63E9AC46634D88BB4CEE03E6887A99467095C8C6435C3F91C | 10-24-2022 00:28:48 | Blacked Raw | 10-16-2022 | 11-01-2022 | PA0002378071 |
| 46 | Info Hash: 08BC68EF51C5EB6F56773693E048F280F7B204EC<br>File Hash: B44CD6C499FA5820351EDD055B5670CAB8DFECB3A28C03A5D5EB7552AFAE3659 | 10-14-2022 03:45:05 | Vixen | 10-07-2022 | 11-24-2022 | PA0002389323 |
| 47 | Info Hash: 5036A7CFAA59E71074D8758BB7D76C27F540BD05<br>File Hash: A7888149AD0468875E9074442BBD47D96EE2FE267C49E544B9717B6F2091E8ED | 10-13-2022 22:18:02 | Tushy | 10-09-2022 | 11-27-2022 | PA0002389321 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: C60686B993E19D6EA2BE4EAEF1099D09CA050695<br>File Hash:<br>5F82A986E0E58A79427CD69AC4464B240C51401C3F3ADA1C57CE1272EA84CAC3 | 10-13-2022 22:15:57 | Blacked Raw | 10-11-2022 | 10-31-2022 | PA0002377831 |
| 49 | Info Hash: CED7880DF2AA6EF8109100E0EA980C41874622E8<br>File Hash:<br>D5B51EF2B39F4DED5C4AFA7960434E39FECAF22A9CF71C2786AC6ADBB07DD4E9 | 10-10-2022 03:11:53 | Blacked Raw | 10-06-2022 | 11-01-2022 | PA0002378072 |
| 50 | Info Hash: CF344B3042DCAD24E21B955C9206EB79216612B1<br>File Hash:<br>3A0EEF200C8434AE7CFEF3AFD8948F4098A564D26947A116BB874717C5F636F9 | 10-10-2022 01:32:43 | Blacked Raw | 10-01-2022 | 10-31-2022 | PA0002377811 |
| 51 | Info Hash: 3EE5D80B448A730C574C386E6930A9712ADFD32F<br>File Hash:<br>93875F1E92E75E03DEAFE02068F98DD0008C5C7D06713DF84A6BA77923BD38BB | 10-10-2022 01:31:50 | Blacked | 10-01-2022 | 10-31-2022 | PA0002377817 |
| 52 | Info Hash: BFAE234339BBE35D844A4EE4133C90406DF7B3E8<br>File Hash:<br>F8D7494A0822F44A156C1B9FE51CF24B35ECC74999B8F94853470ADCE2ED2187 | 10-02-2022 20:04:13 | Vixen | 09-30-2022 | 10-31-2022 | PA0002377819 |
| 53 | Info Hash: 693F697CBF4431F197EE5A223C18662D6E98B78D<br>File Hash:<br>4AAB5FC3E48AB1A75F859A380C6A1EFD4FFFB955212465901906FD2DD4E14789 | 09-30-2022 19:49:16 | Tushy | 09-25-2022 | 10-05-2022 | PA0002373771 |
| 54 | Info Hash: 0A943EE511B271EB4FECB0C68C646E26A824EBBA<br>File Hash:<br>5AF9E686D4F55210F2A0BA1CD985260CED2AB6321C7245F1E0030DEC8CFC2EED | 09-30-2022 12:53:44 | Blacked Raw | 09-26-2022 | 10-31-2022 | PA0002377828 |
| 55 | Info Hash: CE2796273FE724E80FECD23B8481E389C96DECF2<br>File Hash:<br>5AD272BC850A4EA9844A326496216D457855A523E327FCE318848B38D9DDA755 | 09-26-2022 12:36:05 | Blacked Raw | 09-21-2022 | 10-05-2022 | PA0002373950 |
| 56 | Info Hash: 08F5E1679A80DB67D5969A52F2173024451310BA<br>File Hash:<br>ECFDDEEA7018AAD90C9B083E1268FCA9C78A2E4E5EF5C08E018366E68033982C | 09-20-2022 00:35:21 | Blacked | 09-17-2022 | 10-05-2022 | PA0002373760 |
| 57 | Info Hash: 66D527C365670EDF61C2A482409620BC7C1BBDE9<br>File Hash:<br>1263A1E30ADE26D6F59029BB5CEB791A927E5514B7A51C793B9D427C9CBEFD11 | 09-19-2022 13:48:01 | Blacked Raw | 09-16-2022 | 10-05-2022 | PA0002373764 |
| 58 | Info Hash: 88DEE49E165E812CD294E8008E656412E3CE4605<br>File Hash:<br>010047D1F2C49A234E525CB4CA67E2A3B80915F8B3108E274CF6C7160FC6339B | 09-16-2022 02:14:37 | Blacked Raw | 09-11-2022 | 10-05-2022 | PA0002373951 |
| 59 | Info Hash: ED99218F6A7C875FEBDC9EC005FA0AB5A72C9A99<br>File Hash:<br>D0E1FB5600B6717E307457FB2A14B12B46EAA9A643062D9AF76A95D57134D893 | 09-11-2022 19:30:38 | Blacked | 07-09-2018 | 08-07-2018 | PA0002131818 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: D595EB5BD188A2A9447FF16D585FA7FF252DF980<br>File Hash:<br>920EA4A449CA035EC66952C02B5BB120EBB6360EED827737253AFD22D632885E | 09-11-2022 19:17:31 | Blacked | 10-02-2018 | 10-16-2018 | PA0002127785 |
| 61 | Info Hash: 81DAD957AB34C78773FDF2A383F55B6B0D3318A0<br>File Hash:<br>3D0BBB2A6D594F436D705FE878A2BEBE47523F0A27927C6B797BC4AB1143E6B6 | 09-09-2022 20:34:07 | Blacked Raw | 09-06-2022 | 10-05-2022 | PA0002373770 |
| 62 | Info Hash: 54C1479D392BCF64E2D564E553642C8465CC6665<br>File Hash:<br>973A004301BF70665DDFBE0B60D78ACFF38192B4D4A39FA4AFF9C12EE15F0A27 | 09-09-2022 20:13:40 | Blacked Raw | 09-01-2022 | 11-24-2022 | PA0002388645 |
| 63 | Info Hash: 51B8B05E291259D05FAEE870D556CE9E549EB5EB<br>File Hash:<br>FC775F0538AF2905607357E51C54370DEC7C7B8001939C08110CF0D3DC491655 | 09-05-2022 17:11:21 | Vixen | 09-02-2022 | 11-01-2022 | PA0002378068 |
| 64 | Info Hash: 0DCAD5CD34D983D041D5DFFFCBE84AB849B55877<br>File Hash:<br>5CA26B5703389C3C514505A8D2191E29676BA81E777D3F071585FB71B5D6FDDE | 09-05-2022 15:59:50 | Blacked Raw | 08-27-2022 | 10-31-2022 | PA0002377814 |
| 65 | Info Hash: E845CE6EA6CA1AD41A7DA16BA94A93140CEB8D4B<br>File Hash:<br>39531E8B899812CD79908CF4CE5904927148B0D3AC04197D9D3192D837CB64F2 | 09-05-2022 15:59:30 | Blacked | 09-03-2022 | 11-01-2022 | PA0002378069 |
| 66 | Info Hash: BE12BC47B9E8402E60F764439965F58677EA2C40<br>File Hash:<br>37B0125CE7B2426E3BFD90B5564EA53F57F42E24B8E3BEEF272DAADA834740EE | 08-29-2022 20:15:31 | Blacked | 08-27-2022 | 10-05-2022 | PA0002373768 |
| 67 | Info Hash: E9645FE775040144DF8957B3093DE2450DF1CEE1<br>File Hash:<br>8B99A3AC68E8AF718CE04BB3B534AC08098C4581955B4413F4AB61A2BD68673B | 08-29-2022 20:10:50 | Blacked Raw | 08-22-2022 | 08-30-2022 | PA0002367731 |
| 68 | Info Hash: 37A113E7812CE3A6E9AA5DC3E6BAD7604000771C<br>File Hash:<br>FB67C7CD80CEBFE4CEF574F6A19ED8B35FF92DB7458CA42570C7CCD270892191 | 08-17-2022 21:28:56 | Tushy | 08-14-2022 | 08-30-2022 | PA0002367744 |
| 69 | Info Hash: 58A25091CD7082C8A3F23D06588884E6627754CB<br>File Hash:<br>A1B09A0C5890A45281A3C26F4EA4F23147E86DFE704B592DCAC3FAAFD5F30B64 | 08-14-2022 13:41:46 | Blacked Raw | 08-08-2022 | 08-30-2022 | PA0002367749 |
| 70 | Info Hash: 36C0BB5D4C2CD6CFF223BCE81E27EEA1B5601DA5<br>File Hash:<br>601590C46BF8607622DB143BC459497E978B52BD64A51B93EFCD3B79227B2442 | 08-10-2022 00:03:08 | Blacked | 08-06-2022 | 08-29-2022 | PA0002367714 |
| 71 | Info Hash: 252650AF792AF39E40879DB3F57C31D22414F0F2<br>File Hash:<br>8BED004F82559D121215C85B6E93ED5F2AD127A0F26DBEFA93FE9FD667DAA211 | 07-22-2022 07:33:10 | Blacked Raw | 04-12-2019 | 05-11-2019 | PA0002173884 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 3102B6DFFCD43CC7C74E98E8055B038649848219<br>File Hash:<br>A5709752AF814C8F27C00ED954CC93B5B156FD19CC1DE6BE2714F3FEE2F1306D | 07-11-2022 11:10:34 | Blacked | 07-09-2022 | 07-22-2022 | PA0002359462 |
| 73 | Info Hash: 9C9868F9A2BCEE240B9C6D024C49B6394F903E00<br>File Hash:<br>D67B2145BAA691C91BC741B6AA31CB596055AAADB999861C24F4F06F24027452 | 07-06-2022 12:25:10 | Tushy | 07-03-2022 | 07-22-2022 | PA0002359464 |
| 74 | Info Hash: 7904A141CEE0C0AF1E207F32CD1F7997F26B469E<br>File Hash:<br>26942FF6602A2AD102834A5F74E45EEAD6B7FC7890ECD0A25B20E6E7417FDEEF | 07-06-2022 12:22:20 | Tushy | 06-26-2022 | 07-22-2022 | PA0002359467 |
| 75 | Info Hash: E0DCFAEC690E3346CA5EEA67A773FD1312B673EF<br>File Hash:<br>E1C49A1B45573BA85036DB8188E6A0C13D3B4A3F1ABD5766A749EFA29AAB49C7 | 07-06-2022 12:15:29 | Blacked Raw | 07-04-2022 | 07-22-2022 | PA0002359466 |
| 76 | Info Hash: 72DAF55819D6563D2481C326541366375187C5FC<br>File Hash:<br>48B2E2DC38332CEA3BDB4CF74F72F12B40B44FB2A885D5392D56F2242EAA1895 | 07-06-2022 12:15:24 | Blacked | 07-02-2022 | 07-22-2022 | PA0002359461 |
| 77 | Info Hash: F81CE28FE9EBF38DDC6BD65EF545FE9D45AB0F5C<br>File Hash:<br>CFCA30A575EC682A41EEE611A1D5F88666A5ADE1DFE65CC761774D742A47CA7D | 07-01-2022 12:14:52 | Blacked Raw | 06-27-2022 | 07-22-2022 | PA0002359465 |
| 78 | Info Hash: A596EB14ED6C28A544B780E23FDA20230DEC937A<br>File Hash:<br>53C753C0F8B9697F31F043986735D0058591A67E625073572A5204F24C4C9FED | 07-01-2022 11:52:48 | Blacked | 06-25-2022 | 07-22-2022 | PA0002359471 |
| 79 | Info Hash: BFA30A14B5ACDD49ED2E66FDF882640473CA4472<br>File Hash:<br>1B5D4C656444C4321E6BAE842F0C5DE536A344CFCDC7852CD3130CEFB4AC3682 | 06-26-2022 23:03:16 | Vixen | 06-24-2022 | 07-22-2022 | PA0002359475 |
| 80 | Info Hash: DFC8BD304F9C774902F9E41F470D5FEFDA243931<br>File Hash:<br>E7579D0E2BB006B32A54844FAE6165D050C6629193092DEA4E0BBBDE05B6A9DE | 06-16-2022 11:35:35 | Blacked Raw | 06-13-2022 | 06-27-2022 | PA0002354983 |
| 81 | Info Hash: DE1CF5EBF011112F1FEECC4705DA5EA9DD844034<br>File Hash:<br>F931807CAD9DC7CF2BE0D01B2EEF2BBFED882B0260858DE28FC1161A88C3357B | 06-13-2022 20:26:37 | Vixen | 06-10-2022 | 06-27-2022 | PA0002354995 |
| 82 | Info Hash: 7226757B46D7B4F0CDB9323574DFA7303A311143<br>File Hash:<br>3F65B49F299B32660A623D4D74D344AE0472C2685F7787B4F2F28FB99C254381 | 06-13-2022 07:08:25 | Blacked Raw | 06-06-2022 | 06-27-2022 | PA0002355038 |
| 83 | Info Hash: F9827E88E2C8E6F9161E337D751EC646A7C7F1B4<br>File Hash:<br>BCD7702DC88A5350A35E6CA4BD3D4EB66206404244D188AA0B67BEEAF19199C0 | 06-07-2022 12:20:26 | Vixen | 06-03-2022 | 06-27-2022 | PA0002354958 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: 309024C828DF3FB77335331A1416A2078E5B2F04<br>File Hash:<br>44E24DDEA8CC646565E0756D7206106F1F0E93A93F82C324C3A6F4BE33A1494A | 06-05-2022<br>14:02:51 | Blacked Raw | 05-30-2022 | 07-21-2022 | PA0002367910 |
| 85 | Info Hash: A8EC61CFDDDE3AD8A8898F05ACE3418B5DFF3014<br>File Hash:<br>634F33148B5E71A11DBA1AFEACA11D1BDA59B891FC5523A2D39B5057867B7EE3 | 05-30-2022<br>12:51:39 | Blacked | 05-28-2022 | 06-27-2022 | PA0002355034 |
| 86 | Info Hash: 40917DE7A333F699BBCD8032FD68051FCA103A6E<br>File Hash:<br>3CF504FBB36CF5A6A071EA980524324C36C7EF546EA4129DA2DB6712CFCFEF7F | 05-30-2022<br>12:51:09 | Blacked Raw | 05-23-2022 | 06-27-2022 | PA0002355031 |
| 87 | Info Hash: 46857304ACE7F50BB0FA81A89D992DFD7234A063<br>File Hash:<br>E273352946EAC52115D1645E86441B060FD6CA129C923630923C5BFC08ABCBF2 | 05-23-2022<br>18:49:01 | Blacked | 05-21-2022 | 06-27-2022 | PA0002354986 |
| 88 | Info Hash: E5EA15B7345AA3784B86AC90DBF931479525790E<br>File Hash:<br>E187E955BC211670C77B916369B9ECDEF074F86B8F4387C984DF8CBAB6010336 | 05-20-2022<br>12:33:23 | Blacked Raw | 05-16-2022 | 05-20-2022 | PA0002350378 |
| 89 | Info Hash: 7D5BCAF63FFC5229FA328B1F99D0847A5C49F614<br>File Hash:<br>65A4936BA229BE949D4F26EF046EDE9DC179E8C90027F95692A292AF1F1AC661 | 05-17-2022<br>22:05:12 | Tushy | 05-15-2022 | 05-20-2022 | PA0002350379 |
| 90 | Info Hash: 0B74246F5507942FE41BB9B8E6175E94FEE2C06A<br>File Hash:<br>D54C0F79F19BDA5059D654FD088C62844684712E3808B8DEFDF2CBB762FDCA59 | 05-15-2022<br>04:14:11 | Blacked Raw | 05-09-2022 | 05-20-2022 | PA0002350381 |
| 91 | Info Hash: F153FE231D30B7D5F8238CB1C50D324D2BEBA4D6<br>File Hash:<br>3D6E8FB7398A3053809A6BC73B4F7795CAD908667BC885E8DD865B4327146A22 | 05-10-2022<br>20:54:48 | Blacked | 05-07-2022 | 05-20-2022 | PA0002350371 |
| 92 | Info Hash: 17A0D336F22F368FEA7918A61CCEB313F4EE2684<br>File Hash:<br>9656E30938CD3ADD6991E9886042A1A456B81BF8B7E98BB9798ACAE5AFF03E38 | 05-05-2022<br>21:26:09 | Blacked | 04-30-2022 | 05-20-2022 | PA0002350385 |
| 93 | Info Hash: 83E9EF24FC9AD406EA2C7A86288848332835BE9E<br>File Hash:<br>AB12D7E9DCAADA8A85C66CED075437DB02AD110A77398552114A144EE4BF68C4 | 05-05-2022<br>21:13:45 | Blacked Raw | 05-02-2022 | 05-20-2022 | PA0002350372 |
| 94 | Info Hash: A2813DB158284E3500CF3F569E883A30D9DF0314<br>File Hash:<br>C20A06EBBF32E8645B186C128498398F075B2B566FDCF7C9601CA9D4EEDC2A11 | 05-02-2022<br>02:40:00 | Blacked Raw | 04-11-2022 | 04-23-2022 | PA0002346408 |
| 95 | Info Hash: 2C34775555B78EC426E7B740C0BE468CB3E9A091<br>File Hash:<br>F4F0B1E8C52D10C3E68BC7760B608862C666D76C443ADCC2C6F17868036E9CC9 | 05-02-2022<br>02:33:09 | Blacked Raw | 02-21-2022 | 03-29-2022 | PA0002342850 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 96 | Info Hash: 92D5BC7B567BCE82314A5D480DC48BD3645F29D9<br>File Hash: 57A71876B9677D9A3FFEF1396D8C4B9093C9AAB5CFAD32EB8F93E4BB471C85F2 | 05-02-2022 02:25:51 | Blacked Raw | 02-28-2022 | 03-29-2022 | PA0002342857 |
| 97 | Info Hash: 14EC33D46FEA2D0766026D983770FB3F31669DA9<br>File Hash: 20C1F39D3B82D975777224BE38A8946131095F76159FB67AE203A99BBDEB4253 | 05-02-2022 02:25:46 | Blacked Raw | 04-25-2022 | 05-20-2022 | PA0002350387 |
| 98 | Info Hash: 39AD8CEA41CD8C0BF0547408A1684D78BDB4E4E0<br>File Hash: 837476FDABB0CC5383D38FEBA967777823E7C10FD7DFF76DA1D661D2388E0224 | 04-29-2022 22:58:00 | Tushy | 02-20-2022 | 03-29-2022 | PA0002342839 |
| 99 | Info Hash: 40089FC7550D25DE7A862FA5606B93A853E4B703<br>File Hash: CA16B9B3CD01D2A8B264CB18569944DBF0BB2B76D1ECB298C1823BE42176B267 | 04-26-2022 00:08:39 | Blacked Raw | 08-10-2019 | 09-11-2019 | PA0002199990 |
| 100 | Info Hash: A557EDF2332885E53217D1CE69239C6C4FDCEBD1<br>File Hash: F1E32500A72F35C3B6DD36A803E3780F218A66F4FE5EE1469AC079BD3BF81BAA | 04-25-2022 23:58:16 | Vixen | 06-28-2018 | 07-26-2018 | PA0002112159 |
| 101 | Info Hash: F3503DF2F7A91146244D2C9E7A79E1A34C966402<br>File Hash: 64D0600EA042F541D81CD0775835651BE1AFA3113AECB5077264D58EC15F7E30 | 04-25-2022 20:48:42 | Tushy | 08-04-2018 | 09-01-2018 | PA0002119573 |
| 102 | Info Hash: 63416FBECE88046452134555765F068A164AE51D<br>File Hash: FB4CABEEEB4EA49D9FD7E248E3647721AD32B89F7854B3ED4801D4F66A2AA262 | 04-21-2022 07:58:31 | Blacked | 04-16-2022 | 04-23-2022 | PA0002346424 |
| 103 | Info Hash: 07E67BE388D71A80E890C9AED73D6B93FBB7EC82<br>File Hash: 3CC6461BB4E2CED5A2BAF587DE350F4FFD65C241D6797C506E7A673D2A35069D | 04-21-2022 00:23:17 | Blacked Raw | 04-18-2022 | 04-23-2022 | PA0002346421 |
| 104 | Info Hash: 91EF2E619D8F2158057A223B8B698BE7B3B51F3A<br>File Hash: 1FCB784EB7E3072901904AC0713C2403C364470C13B555776AADCB7830437773 | 04-21-2022 00:09:35 | Tushy | 04-17-2022 | 04-23-2022 | PA0002346417 |
| 105 | Info Hash: C5AC5FEEBA7840F8FE1853CC8FAEE519EBBB42AE<br>File Hash: 73625A5F34CAF25CF81C5566988D2CED4D9DB94750EC8F51B66DFEF13B02BF68 | 04-09-2022 12:30:33 | Blacked Raw | 02-14-2022 | 03-29-2022 | PA0002342705 |
| 106 | Info Hash: 41B9096615FF294EFEDFF42BCC3ECCDAA0995D65<br>File Hash: 2EE66FF9981F894019BCF2A2479BEE32ABA6C2E16B91BB51B415750A635A5F42 | 04-09-2022 12:30:27 | Blacked Raw | 04-04-2022 | 04-23-2022 | PA0002346436 |
| 107 | Info Hash: B020F97120A91361CC00C7293A536BBD18C05565<br>File Hash: 6FD5C83A29953E59EE1391A6928CC97DDD6AAB910D5AF02457964C15FC126D32 | 04-03-2022 19:39:35 | Blacked Raw | 03-21-2022 | 03-29-2022 | PA0002342707 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 108 | Info Hash: 64227EEE2664771165CB0A150B10E96F8EA8E151<br>File Hash:<br>FCD84675183CC7610124A4C79A75F6204CF7DD6640826B523BFD2B5EB023019D | 04-03-2022 19:28:31 | Tushy | 03-27-2022 | 04-23-2022 | PA0002346427 |
| 109 | Info Hash: FD3B71019CBB5E802E9CA726B0C5C421B0E4A5D1<br>File Hash:<br>616B24219397EA9989A0CF2721183852BAD80459EA1B413837B1772011782DD7 | 04-03-2022 18:42:30 | Blacked Raw | 03-28-2022 | 04-23-2022 | PA0002346413 |
| 110 | Info Hash: AF2E1589AAB91E7A727FF7C9CBAC250F4D3C40C4<br>File Hash:<br>42A50044E2FA23663195608280E6B80DE8CDF3E57A7685A3234D3512F5C25B6E | 03-20-2022 18:39:37 | Blacked | 03-12-2022 | 03-29-2022 | PA0002342846 |
| 111 | Info Hash: CF928504FB6DFD9993E0E54672AD4709210235FD<br>File Hash:<br>B6D16A6B7C7DB2526D31178EBB888511AEE231B475E9F04BEE78F7698374B6ED | 03-16-2022 21:12:10 | Blacked Raw | 03-14-2022 | 03-29-2022 | PA0002342865 |
| 112 | Info Hash: BEAE71CCA8271167439D440978D9E5926991F53F<br>File Hash:<br>6AA09F00863F283E19E25C26D0DE8BE775375813C4B24049914BFD8C591AA97F | 03-12-2022 04:47:35 | Blacked Raw | 03-07-2022 | 03-29-2022 | PA0002342845 |
| 113 | Info Hash: FFB6EDFA66EEEF53EA113883593C28EC6BCE89A1<br>File Hash:<br>DA2409230A42FC458468201810275890 52AE7C23274AA50393F3E49B9D372671 | 03-01-2022 04:34:42 | Blacked | 02-26-2022 | 03-29-2022 | PA0002342860 |
| 114 | Info Hash: A1FF05D3D9689566E84FEBB0BB13FAD6A17AFEB8<br>File Hash:<br>208B94293878880AA1FA000BDBF4B38C29AC5371980C23753E04EF656F99ABE5 | 02-21-2022 20:06:29 | Blacked | 02-12-2022 | 02-14-2022 | PA0002335505 |
| 115 | Info Hash: EF42CFEB2B95887526FB35FF0857A2E33BFF215B<br>File Hash:<br>31B8203AB96DA08D8A9129F6E09062291B380F6D8C1E1EDF63DF0D367E35F7BF | 02-21-2022 19:55:54 | Blacked | 02-19-2022 | 03-29-2022 | PA0002342851 |
| 116 | Info Hash: 9130D7DA13E5FECE67A260CBB1A5A7A09AE7CFE3<br>File Hash:<br>39DFC86ED1FDEEAC1D2FD7F3B56CAB8CCEF82A1BEDF07831BCC352F886C7D8A7 | 02-14-2022 21:52:15 | Vixen | 12-10-2021 | 03-04-2022 | PA0002345787 |
| 117 | Info Hash: 7A65B2C57EF88AE976AD94C7AAB3416BD5DEA644<br>File Hash:<br>9A7E2A81CCD393B971588C52B96044830AC088C83B01F474ED17B21471D05A42 | 02-14-2022 15:30:25 | Blacked Raw | 02-07-2022 | 02-14-2022 | PA0002335458 |
| 118 | Info Hash: 3D7690B89943E78EE1B015364D6D983919E05E73<br>File Hash:<br>E919702C0786B00D7E76B14CDB47ADFBA8636C0FB7FD1134F9CA5E95CC1FE9AB | 02-14-2022 14:14:19 | Tushy | 02-06-2022 | 02-14-2022 | PA0002335460 |
| 119 | Info Hash: 158258B1A19235075D5BC7E77F3979BEFC8EABAC<br>File Hash:<br>037BC9199F675896966EB45A0CD7C67067E44A288EB1A864191DC16D31938F2A | 01-18-2022 13:07:06 | Vixen | 09-26-2018 | 10-16-2018 | PA0002127776 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 120 | Info Hash: E2AF5212D0CB21D08E0F0499010A5D18FF3B2C44<br>File Hash: 555F9DF51CF13CB23920D4C349847E4499EE767ACD319A5613CAB5CB94B1F35C | 12-14-2021 00:12:54 | Blacked | 12-11-2021 | 03-04-2022 | PA0002345793 |
| 121 | Info Hash: 3E9768CECEFE74C19E577A5392B5CC85ADE4138E<br>File Hash: 7B7688102D59385E4185DD3D2FBCCE65B6CFE5A001B4E33A7FF83B20D84F5978 | 12-14-2021 00:11:48 | Blacked Raw | 12-06-2021 | 12-13-2021 | PA0002325836 |
| 122 | Info Hash: 1285294362F6BAD27FAE30BA2B1D2EFE19BB5C1B<br>File Hash: 9177949C6F3E19FFF8E5DEFA890D6037BC01ADB1E04A0BC85D0A9BFCCAC088EE | 11-25-2021 18:22:42 | Blacked | 11-20-2021 | 12-09-2021 | PA0002325817 |
| 123 | Info Hash: DADDC020188225733D70B4BD7BC3C7A1C5E6DF7F<br>File Hash: 66817E5F5203B5D23FD9F101FF93ACEAFCE88D34598DFA5D6CDE4E930490CDFB | 10-31-2021 17:19:36 | Blacked Raw | 10-25-2021 | 11-11-2021 | PA0002321278 |
| 124 | Info Hash: A5C198DE377DA37753134876DB8FFA94DAFEC292<br>File Hash: 7143C9AB311761FCDB0472858A828CB35C32BEF7DF6AEFE6CC8DFEB0D6570F1A | 10-12-2021 04:21:17 | Blacked Raw | 10-04-2021 | 10-19-2021 | PA0002317056 |
| 125 | Info Hash: 52B9D293E5C076E6B053806889E0AFA757E91870<br>File Hash: 12CE8AC0D3BB3367B2E53C845B205182D69632225A9EFC7E92D7D1DF0E9E8820 | 10-02-2021 02:49:28 | Blacked | 09-29-2021 | 11-11-2021 | PA0002321302 |
| 126 | Info Hash: 343469C81E554999AA138B4E8CF3EF6ED54D4389<br>File Hash: 4571AC943DDA6169990985020A86CDD327E998F1CA7DC94CE1742C508289DDF3 | 10-02-2021 00:32:23 | Blacked | 09-25-2021 | 10-05-2021 | PA0002315288 |
| 127 | Info Hash: 6C5F19A71ECCA0A465857AB73C180A5A676F3606<br>File Hash: 059EC8D696D691383580FC7C82ABBAC3CC0679DAF75C978A0E4D5644A675D819 | 10-01-2021 16:05:47 | Blacked Raw | 09-27-2021 | 10-19-2021 | PA0002317054 |
| 128 | Info Hash: 8865E3D0FCA7531B4877870D122608F54BE8C574<br>File Hash: 6B5FBC03B6E3FD2CC7C31CD9894ADC17BEC892C6C43E48A1B76567428F1B9114 | 09-26-2021 14:02:32 | Blacked Raw | 09-20-2021 | 11-11-2021 | PA0002321298 |
| 129 | Info Hash: 11A4E054DDCAD79D6BA40150EDD36C6EB5CC02D6<br>File Hash: A363FF7BD8EBCA77228BF857CDB02785F79E3C6A4497F1AF980A34FDE09FBFF2 | 09-21-2021 17:37:19 | Tushy | 09-19-2021 | 10-19-2021 | PA0002317058 |
| 130 | Info Hash: F6288D8843D03BB11986B571B5B482AA50E750AF<br>File Hash: 785782EC1A5F128DF0AF9451AEABAC837FCDD2BF381AD1AC9FFAFE26748D563C | 09-21-2021 16:38:17 | Blacked | 09-18-2021 | 10-05-2021 | PA0002315291 |
| 131 | Info Hash: D99DDE80E2B27CF679D291584C534BE412D77C36<br>File Hash: 0B102FEDF60A6A7AACC14D3016D76C51BF79AA0DCC905FAFD49E9C320F0EEA05 | 09-19-2021 21:52:47 | Blacked Raw | 09-13-2021 | 11-11-2021 | PA0002321292 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 132 | Info Hash: 9166337185E648B47AAEFA857CDFC5288A1BA5FA<br>File Hash: F30AD5E122CC7A08179414E20BF3E69012CDEC3105935416D6C8193BCFF2FDD1 | 09-17-2021 02:29:56 | Tushy | 09-05-2021 | 09-21-2021 | PA0002312671 |
| 133 | Info Hash: E80911DFB9A223C1D65056D1A4E2AD4B8EAFE8D9<br>File Hash: 4FAEE6CF727194788E1E339165C431B7DEC10D918A13820CECE400DECA50CDD9 | 09-16-2021 14:34:56 | Tushy | 09-13-2021 | 10-05-2021 | PA0002315290 |
| 134 | Info Hash: 856E12C24229D92CB46E097F4CA0B479F572EC53<br>File Hash: 8D6CBDC2812A73B37EE9D2EC29EDC583C7D4EE351A82B76AED1267FDE0202E09 | 09-12-2021 11:00:34 | Blacked Raw | 09-06-2021 | 09-21-2021 | PA0002312674 |
| 135 | Info Hash: F1FCCB387DD8B6A7AD30B71CBFBCFC19164DADCC<br>File Hash: 1E6E25D41FF7B84DC9843A87F1063E13660595FBF76AC4AD3B0D0D0430062773 | 09-01-2021 10:02:39 | Blacked Raw | 08-30-2021 | 09-30-2021 | PA0002319882 |
| 136 | Info Hash: CAC46062AD4B1599AE11C54170D75FD6205E9E6B<br>File Hash: DC4E9BD2276E937B592920DF1803C00B621E8BBC7CE8F1B4857765BFC63D20AE | 08-30-2021 20:10:24 | Tushy | 10-28-2018 | 12-10-2018 | PA0002145831 |
| 137 | Info Hash: 58A2718F06BEDF42378F7D683C261C6E717BEED0<br>File Hash: 367DA0B6CB23569E57D6BDECB108ADD0B0002715646EFED1F8246C3D92616F20 | 08-30-2021 20:02:09 | Blacked | 03-20-2021 | 04-14-2021 | PA0002286724 |
| 138 | Info Hash: 34FDB74CF0D5A9ED24C4C0A7632D7C5C0DD4A10B<br>File Hash: 687957B63794780230326924D082C1F054B0ED0FA70D4891292F96B9B488985D | 08-29-2021 18:32:22 | Blacked Raw | 09-19-2019 | 09-25-2019 | PA0002203162 |
| 139 | Info Hash: 327F7AC1C5D884BF22AEDBB7E9A9ED5778E0AE52<br>File Hash: 1CB0C494DB1F941C1CE2CDA298F4AA786CA9E2F1CEF21ED6639E3239EF2496A1 | 08-29-2021 18:32:14 | Blacked | 02-24-2019 | 03-31-2019 | PA0002163974 |
| 140 | Info Hash: 3321D4A107CC41A39D14B9A2A14AFCD6203788D2<br>File Hash: DCF1E61DABBDACAA1F49306554569F401A676C097E6BFD2734C8AD5082C1F676 | 08-25-2021 23:01:49 | Blacked Raw | 08-23-2021 | 09-21-2021 | PA0002312669 |
| 141 | Info Hash: 2DEBFB2D58D17A4DD87260D8761C937E2D3FB6C8<br>File Hash: 5227155C139879FEABC60A356F3B8984A10F9875ED1A40A93B1D8FFA063C9DF3 | 08-21-2021 12:57:37 | Blacked | 08-14-2021 | 08-23-2021 | PA0002308398 |
| 142 | Info Hash: CC7C310EA5A03C2E8F779D27C14B70C396E1EE4F<br>File Hash: A5D20135CA6385741744D11E4393BD062934AC5ED99098252621D2D36D0877BC | 08-21-2021 12:51:54 | Blacked Raw | 08-19-2021 | 09-30-2021 | PA0002319752 |
| 143 | Info Hash: 26F269F82BF4AF38796C34064B2D737E30E457D3<br>File Hash: E1896FBFC5152E1C2CFC9AA8D19C66FE0AE7A5DE961DBA58DCDA0D27E7F88D49 | 08-14-2021 23:25:43 | Blacked | 08-07-2021 | 08-23-2021 | PA0002308431 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 144 | Info Hash: CEC10FBC799303F362E6CA7B6E08695B2F798416<br>File Hash: EB5CDFF88DDEBC17672B207FA58C01914C36CDA6C7E1982DA7A28B3C575BB3B2 | 08-14-2021 23:10:01 | Blacked Raw | 08-09-2021 | 08-23-2021 | PA0002308396 |
| 145 | Info Hash: B8AC373F129DC3F69B25C0ECA1C8982EC6326C10<br>File Hash: AE6193A296A04E79260C32E1746A2BD5CCE6BF7F5A778EB0538F5B65B5EAE2D4 | 08-08-2021 17:07:59 | Blacked Raw | 08-02-2021 | 08-23-2021 | PA0002308428 |
| 146 | Info Hash: 5CE4C6692AD15F515DF3FAB30155F5D949705690<br>File Hash: 6F140C2C7C78CEE0121DB05D1A4902A2257BB25DB37777F99ECEE5BFB7E82C6E | 08-02-2021 20:52:58 | Blacked | 07-31-2021 | 08-23-2021 | PA0002308430 |
| 147 | Info Hash: 85318A09903EEA3B40ED2E55A0BA8FAD16D2A37F<br>File Hash: 7F4FC5FFEE5A7B2484FF127DA1C5493780C26361EB82057D3DA8E002640BD55E | 08-02-2021 02:22:16 | Tushy | 08-01-2021 | 09-30-2021 | PA0002320423 |
| 148 | Info Hash: 9EA31AFE28590EEB8AB3516AE38669AFDD224576<br>File Hash: CBA22494F1E2EF699314BEA06731F872EA22C2AD33EBBC5C491266EBEE51531D | 07-31-2021 17:39:25 | Blacked Raw | 07-19-2021 | 08-23-2021 | PA0002308404 |
| 149 | Info Hash: 0BCE72520CE202546B19B3879C7ACFDF6E1B716B<br>File Hash: A16954FDAA3CB55BECFFD86C50428615CCF9F9EFD3261CD0CCF9D5835827A26E | 07-31-2021 17:32:35 | Blacked | 07-24-2021 | 09-21-2021 | PA0002312682 |
| 150 | Info Hash: 707F4A4BBD6E9CFFD7415FA0DA9788055892AEF0<br>File Hash: 045CEF7E81768757AD3A87D866DFAFA09E3137E2BA2BB6ABD2FE16A9FF7A2AC4 | 07-31-2021 17:14:22 | Tushy | 03-28-2021 | 04-27-2021 | PA0002288947 |
| 151 | Info Hash: 25661E257F217723274693FDB3D057D3C690DCE7<br>File Hash: 523AB93AFA0D51401A770F61E4B7345AF387F905AB5E999322D9F56856E89599 | 07-31-2021 14:58:33 | Blacked Raw | 07-26-2021 | 09-21-2021 | PA0002312675 |
| 152 | Info Hash: 69C9F53211EBED75C554695B75810F89D9FDC88F<br>File Hash: 37EE312AE69282603F1ED35C678EC4177E248F39AD21555A0C70531A8F677883 | 07-19-2021 22:47:59 | Blacked | 07-10-2021 | 08-02-2021 | PA0002305090 |
| 153 | Info Hash: 2F7F33BF3A666ABE2F530743283BCDE814015848<br>File Hash: 2A98BD6222D5067954E6E39B48F5307B88F73327A96596ADE8DC8E3EDD3E8C25 | 07-19-2021 22:47:57 | Blacked | 07-03-2021 | 08-02-2021 | PA0002305091 |
| 154 | Info Hash: 53115092326FFAC693EC8DF35F7B913BFB316E73<br>File Hash: 8BE02C4F01263EA20AECD08608CD4E80226C3E940766E930747627F82FFE05D7 | 07-19-2021 22:43:36 | Blacked Raw | 07-12-2021 | 09-21-2021 | PA0002312676 |
| 155 | Info Hash: 2ABFE1DCAEC1D501F99D5CA64DA28A6C1F3FD199<br>File Hash: 6EC8DD142AA4464B4E54B42C19D4041A53FDA6C9140BA3F17AD78BEDF1B95679 | 07-19-2021 22:23:27 | Blacked | 07-17-2021 | 08-02-2021 | PA0002305089 |